1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  RENE A. CHACON, State Bar No. 119624
   Supervising Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5957
     Fax:  (415) 703-1234
8    Email:  Rene.Chacon@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LIONEL RUBALCAVA,**<br><br>                              Petitioner,<br><br>     v.<br><br>**TOM FELKER, Warden,**<br><br>                              Respondent. | C 07-5379 SBA<br><br>**NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** |

| | |
|---|---|
| Exhibit A (Two Volumes) | Clerk's Transcript |
| Exhibit B | Opinion |
| Exhibit C | Petition for Review |
| Exhibit D | Petition for Writ of Habeas Corpus |
| Exhibit E | Reporter's Transcript On Appeal (Augmented Transcript) |
| Exhibit F  (Seven Volumes) | Reporter's Transcript On Appeal From The Judgment Of the Superior Court |

1  Dated: January 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ **Rene A. Chacon**
RENÉ A. CHACÓN
Supervising Deputy Attorney General
Attorneys for Respondent

RAC:eaw
40203542.wpd
SF2007403116