Allen H. Schwartz, SBN 108126
Attorney at Law
111 W. St. John Street, Suite 555
San Jose, CA 95113
Tel: (408) 298-9494
Fax: (408) 298-4551

Attorney for Petitioner LIONEL RUBALCAVA



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIONEL RUBALCAVA,<br><br>　　　　Petitioner,<br><br>v.<br><br>TOM FELKER, Warden,<br><br>　　　　Respondent. | Case No. C 07-5379 SBA<br><br>MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND [~~PROPOSED~~] ORDER |

　　　I, Allen H. Schwartz, hereby move this honorable court for an order allowing me to withdraw as attorney of record for petitioner. I was petitioner's attorney for his writ of habeas corpus, and after denial of the writ was not requested to file an appeal. To my knowledge, petitioner filed his appeal in *propria persona*.

Dated: May 27, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Allen H. Schwartz
　　　　　　　　　　　　　　　　　　　　Attorney for Petitioner
　　　　　　　　　　　　　　　　　　　　Lionel Rubalcava

1

For good cause shown, IT IS HEREBY ORDERED THAT Allen H. Schwartz by permitted to withdraw as attorney of record in the above-captioned cause.

IT IS SO ORDERED.

6-2-10

SAUNDRA BROWN ARMSTRONG
United States District Judge