1

2

3                        UNITED STATES DISTRICT COURT

4               FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                            OAKLAND DIVISION

6

7   LIONEL RUBALCAVA,                        Case No. C  07-5379 SBA (pr)

             Petitioner,                     **ORDER**

8
         vs.                                 Dkt. 21
9
   TOM FELKER, Warden,
10
             Respondent.
11

12

13         On March 11, 2010, the Court denied Petitioner's petition for writ of habeas corpus

14   and correspondingly declined to issue a certificate of appealability.  Dkt. 5.  Petitioner filed

15   a notice of appeal from the Court's ruling.  Dkt. 7.  Thereafter, the Court denied Petitioner's

16   request to proceed in forma pauperis ("IFP") on appeal, 28 U.S.C. § 1915(a)(3), on the

17   ground that his appeal was not in good faith.  Dkt. 17.  Petitioner has now filed a motion for

18   reconsideration of the Court's order denying his IFP request.  Dkt. 21.

19         A district court has the discretion to reconsider a prior order.  Sch. Dist. No. 1J v.

20   ACandS, Inc., Multnomah Cnty., Or., 5 F.3d 1255, 1262 (9th Cir. 1993).  "A motion for

21   reconsideration should not be granted, absent highly unusual circumstances, unless the

22   district court is presented with newly discovered evidence, committed clear error, or if there

23   is an intervening change in the controlling law."  389 Orange Street Partners v. Arnold, 179

24   F.3d 656, 665 (9th Cir. 1999).  Here, Petitioner has not presented the Court with any

25   compelling arguments demonstrating that reconsideration is warranted under the

26   aforementioned standard.  While Petitioner may meet the poverty requirement for IFP

27   status, he has made no showing that the Court's determination that his appeal was not taken

28   in good faith was in error.  Accordingly,

1    IT IS HEREBY ORDERED THAT Petitioner's motion for reconsideration is

2  DENIED.  This Order terminates Docket 21.

3    IT IS SO ORDERED.

4  Dated: March 31, 2011

5                                                    _____
                                                     SAUNDRA BROWN ARMSTRONG
6                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28